UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                              :    Case No.:    15-33552
                                                                    :
Michael A Hood and Tamara N Hood                                    :    Adv. No.:    _____
                                                                    :
                                                                    :    Judge:       JNP
            Debtor (s),                                             :
_____  :    Chapter:     13


## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable ___Jerrold N. Poslusny Jr.___, United States Bankruptcy Judge.

**Reason for Hearing:**    Hearing on Debtor(s) Objection to
                            Trustee's Certification of Default

**Location of Hearing:**   Courtroom No. 4C
                            US Bankruptcy Court
                            4th and Cooper Street
                            Camden, NJ 08101

**Date and Time:**          8/26/16 at 10:00 AM,
                            or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ✔ ARE REQUIRED        ____ ARE NOT REQUIRED


DATED:   July 19, 2016                          JAMES J. WALDRON, Clerk


### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on July 19, 20 16 the foregoing notice was served on the following:

Debtor(s)
Attorney for Debtor(s)
Trustee
Office of the US Trustee


JAMES J. WALDRON, Clerk


*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:
Michael A Hood
Tamara N Hood
    Debtors

Case No. 15-33552-JNP
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 1 | Date Rcvd: Jul 19, 2016 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2016.
db/jdb          +Michael A Hood,    Tamara N Hood,    18 Sheppard Ave,    Cedarville, NJ 08311-2526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2016 at the address(es) listed below:
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        Joshua I. Goldman    on behalf of Creditor   JPMorgan Chase Bank, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
        Terry  Tucker    on behalf of Debtor Michael A Hood terrytucker@comcast.net
        Terry  Tucker    on behalf of Joint Debtor Tamara N Hood terrytucker@comcast.net
                                                                                                    TOTAL: 5