Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−33552−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Michael A Hood                              Tamara N Hood
    aka Mike A. Hood                            aka Tamara N. Trout
    18 Sheppard Ave                             18 Sheppard Ave
    Cedarville, NJ 08311                        Cedarville, NJ 08311

Social Security No.:
    xxx−xx−5351                                 xxx−xx−3662

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on September 21, 2017.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 21, 2017
JAN: cmf

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Michael A Hood  
Tamara N Hood  
    Debtors

Case No. 15-33552-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Sep 21, 2017  
                  Form ID: 148     Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2017.

```
db/jdb         +Michael A Hood,    Tamara N Hood,    18 Sheppard Ave.,    Cedarville, NJ 08311-2526
515908078      +Amer Assist AR Solutions,    445 Hutchinson Ave. Suite 500,    Columbus, OH 43235-8616
515908085      +Carrington Mortgage,    POB 3489,    Anaheim, CA 92803-3489
516119193      +Carrington Mortgage Services, LLC,    1600 South Douglass Road, Suite 200-A,
                Anaheim, California 92806-5951
515908088      +Citizens One Auto,    One Citizen Dr,    Riverside, RI 02915-3031
516256169       JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                Ft. Worth, TX 76101-2032
515908100      +QDC of Vineland LLC,    301 S. Main Rd. Suite B-4,    Vineland, NJ 08360-7897
515908101      +SJ Gas,    PO Box 577,    Hammonton, NJ 08037-0577
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 21 2017 23:06:48      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 21 2017 23:06:46      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
515908077      +EDI: RMSC.COM Sep 21 2017 22:48:00      Amazon-Synchrony,    PO Box 965036,
                Orlando, FL 32896-5036
515908079      +EDI: RMSC.COM Sep 21 2017 22:48:00      American Eagle,    PO Box 965036,
                Orlando, FL 32896-5036
515996525       EDI: AIS.COM Sep 21 2017 22:48:00      American InfoSource LP as agent for,    Verizon,
                PO Box 248838,    Oklahoma City, OK  73124-8838
515908080      +EDI: TSYS2.COM Sep 21 2017 22:48:00      Barclay Card,    PO Box 8803,
                Wilmington, DE 19899-8803
515908082      +EDI: CAPITALONE.COM Sep 21 2017 22:48:00      Capital One,    PO Box 30285,
                Salt Lake City, UT 84130-0285
515971842       EDI: CAPITALONE.COM Sep 21 2017 22:48:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
515908083      +EDI: CAPITALONE.COM Sep 21 2017 22:48:00      Capital One National Assoc.,    PO Box 26030,
                Richmond, VA 23260-6030
516042164       EDI: BL-BECKET.COM Sep 21 2017 22:48:00      Capital One, N.A.,    c o Becket and Lee LLP,
                PO Box 3001,    Malvern, PA 19355-0701
515971843       EDI: CAPITALONE.COM Sep 21 2017 22:48:00      Capital One, N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
515908084      +EDI: RMSC.COM Sep 21 2017 22:48:00      Care credit,    PO Box 965036,    Orlando, FL 32896-5036
516111199      +E-mail/Text: bncmail@w-legal.com Sep 21 2017 23:06:59      Cerastes, LLC,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515908086      +EDI: CAUT.COM Sep 21 2017 22:48:00      Chase Auto Finance,    POB 901076,
                Fort Worth, TX 76101-2076
515908087      +EDI: CITICORP.COM Sep 21 2017 22:48:00      Citi Cards,    PO Box 6241,
                Sioux Falls, SD 57117-6241
515908089      +EDI: WFNNB.COM Sep 21 2017 22:48:00      Comenity Bank,    PO Box 182120,
                Columbus, OH 43218-2120
515908091       EDI: DISCOVER.COM Sep 21 2017 22:48:00      Discover Bank,    PO Box 15316,
                Wilmington, DE 19850
515908090      +EDI: RMSC.COM Sep 21 2017 22:48:00      Dicks and Discount Tire,    PO Box 965036,
                Orlando, FL 32896-5036
515917680       EDI: DISCOVER.COM Sep 21 2017 22:48:00      Discover Bank,    Discover Products Inc,
                PO Box 3025,    New Albany, OH  43054-3025
515908092      +EDI: ESSL.COM Sep 21 2017 22:48:00      Dish Network,    9601 S. Meridian Blvd.,
                Eaglewood, CO 80112-5905
516087031       EDI: ECAST.COM Sep 21 2017 22:48:00      ECAST SETTLEMENT CORPORATION,    PO BOX 29262,
                NEW YORK, NY 10087-9262
515908093      +EDI: BLUESTEM Sep 21 2017 22:48:00      Fingerhut,    6250 Ridgewood Rd.,
                Saint cloud, MN 56303-0820
515908094      +EDI: AMINFOFP.COM Sep 21 2017 22:48:00      First Premier,    PO Box 5519,
                Sioux Falls, SD 57117-5519
516258023       EDI: CAUT.COM Sep 21 2017 22:48:00      JPMorgan Chase Bank, NA,    PO Box 29505 AZ1-1191,
                Phoenix, AZ 85038-9505
515908095      +EDI: CBSKOHLS.COM Sep 21 2017 22:48:00      Kohl’s,    PO Box 3115,    Milwaukee, WI 53201-3115
516108642       EDI: RESURGENT.COM Sep 21 2017 22:48:00      LVNV Funding, LLC its successors and assigns as,
                assignee of LC Trust I,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
516108643       EDI: RESURGENT.COM Sep 21 2017 22:48:00      LVNV Funding, LLC its successors and assigns as,
                assignee of LendingClub Corporation &,    LC Trust I,    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
515908096      +E-mail/Text: bk@lendingclub.com Sep 21 2017 23:07:12      Lending Club,
                71 Stevenson St. Suite 300,    San Francisco, CA 94105-2985
515908097      +EDI: RMSC.COM Sep 21 2017 22:48:00      Lowes, Old Navy and Toys R Us,    PO Box 965036,
                Orlando, FL 32896-5036
515986380      +EDI: MID8.COM Sep 21 2017 22:48:00      Midland Credit Management Inc as agent for,
                MIDLAND FUNDING LLC,    PO Box 2011,    Warren MI 48090-2011
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 21, 2017
                              Form ID: 148             Total Noticed: 52

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516048730      +EDI: JEFFERSONCAP.COM Sep 21 2017 22:48:00      Nordstrom Fsb,
                 c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
515908098      +E-mail/Text: bnc@nordstrom.com Sep 21 2017 23:06:21      Nordstrom/TD Bank,
                 8502 E. Princess Dr. Suite 150,    Scottsdale, AZ 85255-5488
515908099      +EDI: WFNNB.COM Sep 21 2017 22:48:00      Peebles,   PO Box 659465,   San Antonio, TX 78265-9465
516076054      +EDI: JEFFERSONCAP.COM Sep 21 2017 22:48:00      Premier Bank, LLC,
                 c o Jefferson Capital Systems LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
516076052      +EDI: JEFFERSONCAP.COM Sep 21 2017 22:48:00      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
515988305       EDI: Q3G.COM Sep 21 2017 22:48:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
516109089       EDI: Q3G.COM Sep 21 2017 22:48:00      Quantum3 Group LLC as agent for,   Sadino Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
515908102      +EDI: WFNNB.COM Sep 21 2017 22:48:00      Sportsman,   PO Box 182789,   Columbus, OH 43218-2789
516111180      +E-mail/Text: bncmail@w-legal.com Sep 21 2017 23:06:59      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
515908103      +EDI: WTRRNBANK.COM Sep 21 2017 22:48:00      Target-TD Bank,   3701 Wayzata Blvd.,
                 Minneapolis, MN 55416-3401
515908104      +EDI: VERIZONCOMB.COM Sep 21 2017 22:48:00      Verizon,   PO Box 1100,   Albany, NY 12250-0001
515908105      +EDI: RMSC.COM Sep 21 2017 22:48:00      Walmart,   PO Box 965024,   Orlando, FL 32896-5024
515908106      +EDI: BLUESTEM Sep 21 2017 22:48:00      Web Bank,   6250 Ridgewood Rd.,
                 Saint cloud, MN 56303-0820
515908081      +E-mail/Text: WFB.Bankruptcy@cabelas.com Sep 21 2017 23:07:36      World's Foremost Bank,
                 Cabela's Club Visa,   PO Box 82609,   Lincoln, NE 68501-2609
                                                                                               TOTAL: 44

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Jefferson Capital Systems LLC
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    JPMorgan Chase Bank, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Terry Tucker    on behalf of Debtor Michael A Hood terrytucker@comcast.net
              Terry Tucker    on behalf of Joint Debtor Tamara N Hood terrytucker@comcast.net
              Warren S. Jones, Jr.    on behalf of Creditor    J.P. Morgan Mortgage Acquisition Corp.
               email@warrensjones.com, bestcasewsj@gmail.com;r46134@notify.bestcase.com
                                                                                               TOTAL: 7
```