Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15–33552–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael A Hood | Tamara N Hood |
| aka Mike A. Hood | aka Tamara N. Trout |
| 18 Sheppard Ave | 18 Sheppard Ave |
| Cedarville, NJ 08311 | Cedarville, NJ 08311 |

Social Security No.:
  xxx–xx–5351                                    xxx–xx–3662

Employer's Tax I.D. No.:

**FINAL DECREE**

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>November 3, 2017</u>                <u>Jerrold N. Poslusny Jr.</u>
                                                                Judge, United States Bankruptcy Court